FORM 24. Bill of Costs and Instructions　　　　　　　　　　　　　　　　Form 24 (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## BILL OF COSTS

**Case Number:** 22-1308

**Short Case Caption:** Trinity Info Media, LLC v. Covalent, Inc.

| | |
|---|---|
| **Party Requesting Costs:** | Covalent, Inc. |
| **The Clerk is requested to tax the following costs against the following party or parties:** | Trinity Info Media, LLC |

| | |
|---|---|
| **Stipulated Costs** | ☐ The parties have stipulated to the below total costs requested. |

### ITEMIZED COSTS

| Cost Type | Number of Copies | Number of Pages | Actual Cost (Page/Copy) | Allowable Cost* | Total Cost |
|---|---|---|---|---|---|
| Brief | 6 | 73 | $ .28 | $0.08/page | $ 35.04 |
| Reply Brief | | | $ | $0.08/page | $ |
| Appendix | | | $ | $0.08/page | $ |
| Binding and Covers | | | $ | $2.00/copy | $ |
| Docketing Fee (if paid in this court by appellant or petitioner only) | | | | $500.00 | $ |
| **TOTAL COSTS REQUESTED:** | | | | | $ 35.04 |

*Only use Allowable Costs amount for calculating the total cost when the Allowable Cost amount is less than the Actual Cost per page/copy.

I declare under penalty of perjury that (1) the foregoing costs are correct and were necessarily and actually incurred in this matter and (2) any attached itemized statements of the costs incurred or invoices are true and accurate.

Date: 07/25/2023　　　　　Signature: /s/ Thomas Dietrich

　　　　　　　　　　　　　　Name: Thomas Dietrich

# Invoice

**The Lex Group VA**

P.O. Box 1111
Richmond, VA  23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO. |
|---|---|
| 5/16/2022 | 38141 |

| CONTRACTING ATTORNEY | RECORD NUMBER AND STYLE |
|---|---|
| Thomas E. Dietrich<br>THE MCARTHUR LAW FIRM, P.C.<br>9465 Wilshire Blvd., Suite 300<br>Beverly Hills, CA 90212 | 2022-1308<br>Trinity Info Media, LLC<br>v.<br>Covalent, Inc. |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30/1 | BEL | 5/9/2022 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Straight Run-copies only/Base Fee/Federal Circuit | | 200.00 | 200.00 |
| Brief of Appellee - Straight Run-copies only/per page fee/Federal Circuit (6 copies of 73 copies = 438) | 438 | 0.28 | 122.64 |

**Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249**

**Total**  $322.64

We accept Visa, MasterCard, Discover and American Express.

**Balance Due**  $322.64